**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| ANTONIO JOSE LOPEZ PEREZ, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO.:  7:26-CV-00029-WLS-ALS |
| | : | |
| DAVID PAULK, *et al.* | : | |
| | : | |
| Respondents. | : | |
| | : | |

**Order Granting Motion to Shorten Briefing Schedule**

Petitioner moves the Court to shorten the briefing schedule on his Motion to Enforce. (Doc. 9). By default, Respondents have twenty-one days to respond and Petitioner has fourteen days to reply. Local Rules 7.2 and 7.3. However, Petitioner states his "removal proceedings are moving quickly, and there may be a final decision on his pending asylum application—including a possible removal order—before this Court has the opportunity to review" Petitioner's Motion to Enforce. (Doc. 9). Petitioner believes a final decision will be made during the second week of April, before Respondents' Response is due. (*Id.* at 2). Therefore, Petitioner requests an expedited briefing schedule with Respondents' Response due Wednesday, March 18, 2026, and Petitioner's Reply due Friday, March 20, 2026. Respondents do not consent to the expedited briefing schedule.

For good cause shown, the Motion to Shorten Briefing Schedule (Doc. 9) is **GRANTED**. Respondents are **ORDERED** to file their Response no later than **Friday, March 20, 2026,** and Petitioner is **ORDERED** to file his Reply no later than **Monday, March 23, 2026**.

**SO ORDERED**, this 16th day of March 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1