**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| ANTONIO JOSE LOPEZ PEREZ, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO.:  7:26-CV-00029-WLS-ALS |
| | : | |
| DAVID PAULK, *et al.* | : | |
| | : | |
| Respondents. | : | |
| | : | |

**Order on Motion for Leave to File Audio Exhibits**

Petitioner moves for leave to submit the digital audio recordings (Doc. 8) from his February 13, 2026, bond hearing before the Immigration Judge to the Court as an exhibit to support his Motion to Enforce. (Doc. 7). Petitioner's Motion to Enforce describes the audio recordings and he has been unable to obtain a transcript of the proceedings. (Doc. 8 at 1-2). Respondents do not oppose the instant motion. (*Id.*).

However, such a recording raises authentication issues. Namely, who produced the recording and under what authority? Who certifies the recording is authentic? Before the Court can find good cause to permit the filing of the audio exhibits, Petitioner must brief the Court on the aforementioned questions and address any chain of custody issues that may arise. Petitioner is **ORDERED** to file briefing on this matter by no later than **Monday, March 23, 2026.**

**SO ORDERED**, this 16th day of March 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATESDISTRICT COURT**

1