UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ANTONIO JOSE LOPEZ PEREZ,

                         Petitioner,

        v.

WARDEN, IRWIN COUNTY DETENTION
CENTER,

                         Respondent.

Case No. 7:26-cv-00029-WLS-ALS

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Parties hereby stipulate to the dismissal of

the Petition for Writ of Habeas Corpus in the above-captioned case.

Date: April 22, 2026

Respectfully submitted,

FOR THE RESPONDENT:

WILLIAM R. KEYES
U.S. ATTORNEY

/s/ Michael P. Morrill
MICHAEL P. MORRILL
Assistant United States Attorney
Georgia Bar No. 545410
TRAVIS D. LYNES
Assistant United States Attorney
Georgia Bar No. 675496
United States Attorney's Office
Middle District of Georgia
P.O. Box 2568
Columbus, GA 31902
Tel.: (706) 649-7728
michael.morrill@usdoj.gov
travis.lynes@usdoj.gov

FOR THE PETITIONER:

/s/ F. Evan Benz
F. Evan Benz
GA Bar No. 820944
Amica Center for Immigrant Rights
1025 Connecticut Ave NW Ste. 701
Washington, DC 20036
Phone: (202) 869-3984
evan@amicacenter.org

SO ORDERED this 23rd day
of April, 2026.

W. Louis Sands, Sr. Judge
United States District Court